Kenneth L. SMITH, Jr., Plaintiff–Appellant,

v.

Geraldine MIRO, Warden, Allendale Correctional Institution, sued in her individual and official capacity; L. Cohen, Classification Supervisor of the Allendale Correctional Institution, sued in his individual and official capacity, Defendants–Appellees.

No. 01–2306.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Kenneth L. Smith, Jr., Appellant Pro Se. Isaac McDuffie Stone, III, Law Office of Duffie Stone, Bluffton, South Carolina, for Appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth L. Smith, Jr., seeks to appeal the district court's order denying his civil action. We have reviewed the record and the district court's opinion accepting, in part, the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. *See Smith v. Miro,* No. CA–00–3231–1–20AK (D.S.C.

filed Oct. 10, 2001 & entered Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*